**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Katrina Irizarry, | § | |
| Plaintiff, | § | |
| | § | CASE NO.  5:23-cv-00157-OLG |
| | § | |
| v. | § | |
| | § | |
| Experian Information Solutions, Inc.; and | § | |
| DOES 1 through 100 inclusive, | § | |
| Defendants. | § | |

## NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Katrina Irizarry and Defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 60 days once the settlement is finalized.

Respectfully submitted,

**SCHUMACHER LANE PLLC**

Dated: April 3, 2023

*/s/ Kyle Schumacher*
Kyle Schumacher
Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX 78070
Phone: (503) 482-8137
Fax: (210) 783-1383
kyle@schumacherlane.com
Attorneys for Plaintiff